CONSTANTINO GILLIO, Appellant, v. P. E. GUERIN, INC., Respondent.— Judg-

ment and order affirmed, with costs, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.